TIMOTHY COURCHAINE
United States Attorney
District of Arizona
RUI WANG
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone:  520-620-7300
Email: rui.wang@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-24-2541-TUC-SHR |
| Plaintiff, | SENTENCING MEMORANDUM |
| vs. | |
| Orion Paul Romero, | |
| Defendant. | |

Now comes the United States of America, by and through its undersigned attorneys, and hereby submit this Sentencing Memorandum for the Court's consideration.

The defendant plead guilty, without an agreement, to the Indictment, alleging Illegal Receipt of a Firearm by a Person Under Indictment, pursuant to 18 U.S.C. Sections 922(n) and 924(a)(1)(D), a Class D Felony, on January 8, 2025.

The United States concurs with Probation's calculations in the (draft) Pre-Sentence Report (PSR): Total Offense Level of 17, Criminal History Category II, and Guideline Provisions of 27 to 33 months. As of the sentencing date, the defendant has accrued 283 days of pretrial detention credit.

The United States respectfully requests the Court to sentence the defendant to the PSR-recommended sentence of **27 months**. The United States further requests a term of 3 years Supervised Release.

In aggravation, the defendant has two prior felony convictions: a 2015 conviction for unlawfully possessing a dangerous drug and drug paraphernalia, in Pima County

Superior Court. Although the defendant was not charged with a firearms offense in that case, reports indicated that he and a co-defendant were hiding behind a vehicle that concealed two guns and a box containing marijuana and Xanax. In 2024, he was convicted of another Dangerous Drug possession offense in Pima County, along with Second-Degree Burglary, for breaking into a house and stealing the victim's credit cards and other valuables. Upon arrest, the defendant was in possession of 20 grams of methamphetamine and a bank card. In addition, he attempted to smuggle a narcotic drug into the jail at the time of booking. The defendant also has several misdemeanor convictions for theft, failure to appear, and possession of paraphernalia.

In the instant offense, the defendant, already a prohibited possessor, obtained a 9mm pistol from a Federal Firearms Licensee (FFL) on the same day – April 9, 2024 – he plead guilty to the Burglary and Drug charges in Pima County Superior Court. On April 2, 2024, the defendant had purchased the pistol after indicating on ATF Form 4473 that he was not under indictment in any court for a felony. This offense was a blatant violation of the law and his state court conditions of release. Further, upon his arrest on June 14, 2024, the defendant was in possession of a quantity of methamphetamine.

In mitigation, the defendant appears to have solid family support and employment opportunities upon his release. He had regular employment for a number of years prior to his arrest in this case. While he has a history of drug use and abuse, the defendant has participated in rehabilitation and education efforts and is open to additional treatment.

In imposing a sentence, the Court must consider, among other factors, the nature and circumstances of the offense and the history and characteristics of the defendant, the need for the sentence imposed to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment, to afford adequate deterrence, to protect the public, and to provide training, care, and treatment. 18 U.S.C. 3553.

For the foregoing reasons, the United States respectfully requests the Court to impose a sentence of 27 months with a term of 3 years Supervised Release. The nature and circumstances of the offense, the need for the sentence imposed to reflect the

seriousness of the offense and to promote respect for the law, provide just punishment, afford adequate deterrence, and the need to protect the public all support such a sentence.

Respectfully submitted this 18th day of April, 2025.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*s/Rui Wang*

RUI WANG
Assistant U.S. Attorney

Copy of the foregoing served this 18th day of April, 2025 to:

ALL ECF PARTICIPANTS